# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WAYNE SEDLAK and LORI C. SEDLAK,**

    Plaintiffs,

  -vs-                                Case No. 15-C-567

**TREBON & MAYHEW, et al.,**

    Defendants.

## DECISION AND ORDER

This *pro se* complaint under the Fair Debt Collections Act comes before the Court on a series of motions filed by the plaintiffs and various defendants.

The plaintiffs' motions for an extension of time [ECF No. 43] and to dismiss certain parties [ECF No. 44] are **GRANTED**.

Deutsche Bank Trust Company's motion for an extension of time to file an answer [ECF No. 47] is **GRANTED**.

Plaintiffs' motion for leave to file an amended complaint [ECF No. 52] is **DENIED** because it fails to comply with Civil L.R. 15(b) ("A motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleading must be filed as an attachment to the motion to amend").

The motion to dismiss filed by Accordia Life & Annuity, Athene Annuity & Life Co., and First All American Life Insurance Co. [ECF No. 30] is **DENIED** as moot because the plaintiffs voluntarily dismissed their claims against those defendants. *See* ECF No. 44.

The motion to dismiss filed by Fidelity & Guarantee Life Insurance [ECF No. 38] is denied because the plaintiffs voluntarily dismissed their claims against that defendant. *See* ECF No. 44.

Still pending are motions to dismiss filed by the defendants that remain in this case. *See* ECF No. 19, 53. Plaintiffs responded to the first motion, but not the second. Plaintiffs' response to ECF No. 53, the motion to dismiss filed by Deutsche Bank and Nationstar Mortgage, is due on or before **December 4, 2015**.

Dated at Milwaukee, Wisconsin, this 13th day of November, 2015.

        **SO ORDERED:**

        _____
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**

- 2 -

Case 2:15-cv-00567-RTR   Filed 11/13/15   Page 2 of 2   Document 55