# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WAYNE SEDLAK and LORI C. SEDLAK,**

    Plaintiffs,

-vs-                          Case No. 15-C-567

**TREBON & MAYHEW, et al.,**

    Defendants.

## DECISION AND ORDER

The plaintiffs move to reconsider the Court's ruling that this matter is barred by the *Rooker-Feldman* doctrine. Fed. R. Civ. P. 59(e). To prevail on their motion, the plaintiffs must "clearly establish" that the Court committed a manifest error of law or fact, or that newly discovered evidence precluded entry of judgment. *Blue v. Hartford Life & Acc. Ins. Co.*, 698 F.3d 587, 598 (7th Cir. 2012). The plaintiffs did neither. Accordingly, plaintiffs' motion [ECF No. 60] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of June, 2016.

                                        SO ORDERED:

                                        *[signature]*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**